

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDITH ROMAN AND ALEJANDRO HERNANDEZ, | § | No. 08-17-00241-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 205th District Court |
| | § | |
| JOY HALVERSON, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2016DCV1580) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and McClure, Senior Judge
McClure, Senior Judge (Sitting by Assignment)